MICHELE M. BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00274-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE** |
| ISAAC JOSEPH ESTRADA, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant and others on November 7, 2024, charging him in count one of violating 21 U.S.C. § 846 and 841(a)(1), conspiracy to possess with intent to distribute methamphetamine and fentanyl; four counts of violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), distribution of methamphetamine; and one count of violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), possession with intent to distribute fentanyl. A status conference is currently set for June 18, 2025, with time excluded to that date.

2. The government produced initial and supplemental discovery. On June 11, 2025, the parties executed and filed a signed plea agreement in this case.

3. Now, the parties agree to set a change of plea hearing on August 11, 2025, and to vacate the June 18, 2025, status conference as to this defendant only. The parties cleared this date with the district

1

court.

4.  The parties also agree that the interests of justice served by excluding time to the change of plea hearing outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from June 18, 2025, through August 11, 2025, should be excluded to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and to consider a pre-trial resolution of the case. Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  June 11, 2025

MICHELE M. BECKWITH
Acting United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated:  June 11, 2025

*/s/ Robert Conrad Lamanuzzi*
Robert Conrad Lamanuzzi
Law Offices of Robert C. Lamanuzzi
Counsel for Isaac Joseph Estrada

**ORDER**

The Court has read and considered the parties' stipulation to vacate the status conference and set a change of plea hearing.

Therefore:

1. The status conference set for June 18, 2025, is **vacated** as to defendant Isaac Joseph Estrada only; and

2. A Change of Plea Hearing will be set on **August 11, 2025, at 9:00 am before District Judge Jennifer L. Thurston.**

3. The period from June 18, 2025, through August 11, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) as to this defendant.

IT IS SO ORDERED.

DATED: 6/12/2025

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE