```
Robert C Lamanuzzi, Esq. (#213673)
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
Telephone: (559) 492-0009


Attorney for Defendant: Isaac Estrada
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:24-cr-000274-JLT |
|---|---|
| Plaintiff, | |
| | **MOTION TO TERMINATE CJA APPOINTMENT OF ROBERT LAMANUZZI AS ATTORNEY OF RECORD AND PROPOSED ORDER** |
| ISAAC ESTRADA | |
| Defendant. | |

On November 7th, 2024, Defendant Isaac Estrada was indicted on federal charges. CJA Panel Attorney, Robert Lamanuzzi, was appointed as trial counsel to represent Mr. Isaac Estrada on November 13th, 2024, in his criminal case. Mr. Estrada was sentenced pursuant to plea agreement on November 3rd, 2025. The time for filing a direct appeal was November 17th, 2025. No direct appeal was filed. Mr. Estrada was out of custody at sentencing. Mr. Estrada remained out of custody and was ordered to report to the Bureau of Prisons on January 7th, 2026. The trial phase of Ms. Estrada's criminal case has, therefore, come to an end. Having completed his representation of Ms. Estrada, CJA attorney, Robert Lamanuzzi, now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Estrada require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

1  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
2  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

4  Dated: JANUARY 3rd, 2025,                              Respectfully submitted,

6                                             /s/ Robert Lamanuzzi
                                              Robert Lamanuzzi, Attorney for
7                                             Defendant, Isaac Estrada

**[~~PROPOSED~~] ORDER**

10  Having reviewed the notice and found that attorney Robert Lamanuzzi has completed the
11  services for which he was appointed, the Court hereby grants attorney Lamanuzzi`s request for
12  leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal
13  assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern
14  District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)
15  487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the
16  reappointment of counsel to assist Defendant.

17  The Clerk of Court is directed to serve a copy of this order on Defendant Isaac Estrada at
18  the following address and to update the docket to reflect Defendant's pro se status and contact
19  information.

20  ISAAC ESTRADA 46523-511
    FCI LOMPOC II
21  FEDERAL CORRECTIONAL INSTITUTION
    SATELLITE CAMP
22  3705 WEST FARM ROAD
23  LOMPOC, CA 93436

25  IT IS SO ORDERED.

26      Dated:   **January 5, 2026**                        /s/ Jennifer L. Thurston
                                                         UNITED STATES DISTRICT JUDGE